# EXHIBIT B

⊗⊗ **ALLIANT** May 2018

# Fee Schedule

*The following fees and transaction limitations amend your Alliant Credit Union Account Agreement and Disclosures Booklet. These fees and limitations may be assessed against your account, if applicable. Please read and retain for future reference.*

---

**Account Basics**

| | |
|---|---|
| Account Closed within 90 Days of Opening. | $10 |
| Account Maintenance Upon Member Request *(1 hr min) (per hour)* | $25 |
| ACH - initiated via Alliant Online Banking. | FREE |
| ACH - initiated via Telephone *(per occurrence)* | $10 |
| ATM Transactions[1] | FREE |
| 1st Box of Checks when opening a new Checking Account. | FREE |
| (Subsequent order prices will be posted at time of order) | |
| Collections Fees *(per item)* | $29 |
| Courtesy Pay Fee *(per occurrence)* | $28 |
| Document Copies *(per document)* | $5 |
| Deposit of Check Drawn on a Non-U.S. Bank - including Canadian. | $35 |
| Dormant Account Fee. | $10 |
| Inactivity Fee. | $10 |
| *(One year in which no withdrawals or deposits, other than credited dividends, were posted to the account.)* | |
| Line of Credit Advance[2] *(per occurrence)* | $3 |
| Manually Paid Checks and ACH Items. | $5 |
| Nonsufficient Fund Item *(each)*. | $25 |
| Paper Account Statement Fee[3] *(each)* | $1 |
| Replace Lost Debit or ATM Card. | FREE |
| ($10 fee may be charged for excessive losses) | |
| Return Deposit Item. | $15 |
| Stop Payments *(checks)* - submitted via Alliant Online Banking or Phone Banking. | FREE |
| Stop Payments *(checks and ACH)* - submitted in writing or verbally. | $25 |
| Third Party Share Drafts. | 3 per day is FREE, $2 each thereafter |

**Wire Transfers**

| | |
|---|---|
| Wire Transfer *(incoming)* | FREE |
| Domestic Wire Transfer *(outgoing)* | $25 |
| Foreign Wire Transfer *(outgoing)* | $50 |

**Mail Services**

| | |
|---|---|
| Priority mail services. | Prices start at $18 |

**Loan Product Fees[4]**

| | |
|---|---|
| Amortization Report - Fixed Only. | $15 |
| Copy of Loan File - Fixed Only. | $25 |
| Copy of Mortgage Documents - Fixed Only *(each)*. | $5 |
| Duplicate Release Fee - Fixed Only. | $25 |
| Home Equity Loan Rate Modification *(per occurrence)*. | $250 |
| Home Equity Processing Fee (up to $250,000). | FREE |
| Home Equity Processing Fee (more than $250,000). | $1,000 |
| Home Equity Products Subordination Fee. | $150 |
| Mortgage Payment Modification. | $250 |
| Mortgage Rate Modification *(.50% of principal balance)*. | $500-$3,000 |
| Mortgage Preapproval Fee. | up to $50 |
| New York Assignments. | $570 |
| Payoff *(Demand)* Statement Fee *(CA and AZ Only)*. | $30 |
| Payoff *(Demand)* Statement Fee *(except CA and AZ)*. | $35 |
| Payoff Statement Fax Fee - Fixed Only. | $10 |

**Loan Product Fees continued**

| | |
|---|---|
| Partial Release Fee | $200 |
| Payment History - Fixed Only | $5 |
| Reconveyance Fee - CA Fixed Only | $45 |
| Vehicle Service Agreement Transfer Fee | $40 |
| Verification of Mortgage - Fixed Only | $10 |

**1** Transactions performed at some ATMs may be subject to the ATM owner's surcharge fee. Please see the online ATM Locator at www.alliantcreditunion.com or the Alliant mobile banking app for a list of ATMs that accept deposits or are surcharge-free. Alliant offers ATM rebates on Alliant checking accounts. Alliant will rebate ATM fees up to $20 per month per membership account when you use your Alliant checking account Visa debit card to make a deposit, withdrawal, transfer or balance inquiry. The rebate does not apply to cash advances from Alliant Visa credit cards through ATMs nor to the Alliant ATM Convenience card and Visa International Service Assessment (ISA) fees. Not all ATMs accept deposits. **2** Accrues interest if utilized. **3** Excludes credit card statements and mortgage statements. **4** Note: Loans are subject to additional fees. For complete fees refer to loan documents. For Visa® credit card fees, refer to the Visa® credit card disclosures and agreements.

**PO Box 66945 • Chicago, IL 60666-0945**
800-328-1935 (24/7)
TDD/TTY 773-462-2300 (Mon.– Fri., 7am to 7pm CT)

**www.alliantcreditunion.com**

P345-R05/18