# EXHIBIT F



## What You Need to Know about Overdrafts and Overdraft Fees

Please be aware this notice, as required by regulation, is only a brief description of our standard overdraft practices. For more detailed information regarding our standard overdraft practices, please review the credit union's Overdraft Payment Policy Disclosure, which includes the Important Disclosure Regarding How Overdraft Fees Are Incurred In Relation To Your Account Balance.

An overdraft occurs when you do not have enough available money (i.e., less any holds) in your checking account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have standard overdraft practices that come with your checking account.
2. We also offer overdraft protection plans, such as a link to a savings account and an overdraft line of credit, which may be less expensive than our standard overdraft practices. To learn more, ask us about these plans.

### ➢ What are the standard overdraft practices that come with my checking account?

We do authorize and pay overdrafts for the following types of transactions:
- Checks and other transactions made using your checking account number
- Automatic bill payments

We do not authorize and pay overdrafts for the following types of transactions unless you ask us to (see below):
- ATM transactions
- Everyday debit card transactions also known as one-time debit card transactions

We pay overdrafts at our discretion, which means we do not guarantee that we will always authorize and pay any type of transaction.

If we do not authorize and pay an overdraft, your transaction will be declined.

### ➢ What fees will I be charged if Credit Union 1 pays my overdraft?

Under our standard overdraft practices:
- We will charge you a fee up to $32.00 each time we pay an overdraft.
- There is no limit on the total fees we can charge you for overdrawing your checking account.

### ➢ What if I want Credit Union 1 to authorize and pay overdrafts on my ATM and everyday debit card transactions?

If you also want us to authorize and pay overdrafts on ATM and everyday debit card transactions, call 1-800-252-6950, visit www.creditunion1.org, consent to the service through Home Banking, or complete the form below and present it at a branch, or fax to: (630) 506-5318, or mail it to the address below.

CREDIT UNION 1
450 E. 22nd STREET
SUITE 250
LOMBARD, IL 60148

◯ I do not want Credit Union 1 to authorize and pay overdrafts on my ATM and everyday debit card transactions.

◯ I want Credit Union 1 to authorize and pay overdrafts on my ATM and everyday debit card transactions.

Printed Name: _____    16 Digit Debit Card #: _____

Signature: _____    Date: _____