# EXHIBIT B



| Account No. | Statement Period | Page |
|---|---|---|
| ▓ | 01/01/17 Thru 01/31/17 | 1 of 10 |

PO Box 66945, 11545 W. Touhy Avenue
Chicago, IL 60666-0945
800-328-1935 (24/7)
**alliantcreditunion.com**

### ACCOUNT BALANCE SUMMARY
| ID | Account | Balance |
|---|---|---|
| 01 | SAVINGS ACCOUNT | $ ▓ |
| 21 | SUPPLEMENTAL SAVINGS | $ ▓ |
| 40 | CHECKING | $ ▓ |
| 01 | USED VEHICLE LOAN | $ ▓ |

ALICIA M PAGE


### SAVINGS ACCOUNT (ID 01)
| Beginning Balance | Total Withdrawals (2) | Total Deposits (1) | Ending Balance | Annual Percentage Yield | Dividends Earned | YTD Dividends |
|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

| Transaction Date | Posting Date | Withdrawal | Deposit | Balance | Transaction Description |
|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

### SUPPLEMENTAL SAVINGS (ID 21)
| Beginning Balance | Total Withdrawals (4) | Total Deposits (1) | Ending Balance | Annual Percentage Yield | Dividends Earned | YTD Dividends |
|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

| Transaction Date | Posting Date | Withdrawal | Deposit | Balance | Transaction Description |
|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

### CHECKING (ID 40)
| Beginning Balance | Total Withdrawals (256) | Total Deposits (28) | Ending Balance | Annual Percentage Yield | Dividends Earned | YTD Dividends |
|---|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

| Transaction Date | Posting Date | Withdrawal | Deposit | Balance | Transaction Description |
|---|---|---|---|---|---|
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |
| ▓ | ▓ | ▓ | ▓ | ▓ | ▓ |

*Continues on next page*



| Account No. | Statement Period | Page |
|---|---|---|
| ▮▮▮ | 01/01/17 Thru 01/31/17 | 3 of 10 |

PO Box 66945, 11545 W. Touhy Avenue
Chicago, IL 60666-0945
800-328-1935 (24/7)
**alliantcreditunion.com**

## CHECKING (ID 40) continued

| Transaction Date | Posting Date | Withdrawal | Deposit | Balance | Transaction Description |
|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 01/12/17 | 01/12/17 | -20.00 | – | 617.72 | WITHDRAWAL ACH PAYPAL TYPE: INST XFER ID: PAYPALSI77 DATA: INSTANT TRANSFER CO: PAYPAL |
| 01/12/17 | 01/12/17 | -37.21 | – | 580.51 | WITHDRAWAL ACH PAYPAL TYPE: INST XFER ID: PAYPALSI77 DATA: INSTANT TRANSFER CO: PAYPAL |
| 01/12/17 | 01/12/17 | -50.00 | – | 530.51 | WITHDRAWAL ACH PAYPAL TYPE: INST XFER ID: PAYPALSI77 DATA: INSTANT TRANSFER CO: PAYPAL |
| 01/12/17 | 01/12/17 | -100.00 | – | 430.51 | WITHDRAWAL ACH PAYPAL TYPE: INST XFER ID: PAYPALSI77 DATA: INSTANT TRANSFER CO: PAYPAL |
| 01/12/17 | 01/12/17 | -100.00 | – | 330.51 | WITHDRAWAL ACH PAYPAL TYPE: INST XFER ID: PAYPALSI77 DATA: INSTANT TRANSFER CO: PAYPAL |
| 01/12/17 | 01/12/17 | -100.00 | – | 230.51 | WITHDRAWAL ACH PAYPAL TYPE: INST XFER ID: PAYPALSI77 DATA: INSTANT TRANSFER CO: PAYPAL |
| 01/12/17 | 01/12/17 | -100.00 | – | 130.51 | WITHDRAWAL ACH PAYPAL TYPE: INST XFER ID: PAYPALSI77 DATA: INSTANT TRANSFER CO: PAYPAL |
| 01/12/17 | 01/12/17 | -100.00 | – | 30.51 | WITHDRAWAL ACH PAYPAL TYPE: INST XFER ID: PAYPALSI77 DATA: INSTANT TRANSFER CO: PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | 5.51 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -19.49 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -44.49 | WITHDRAWAL NSF ITEM In the amount $150.00 PAYPAL |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| ▮ | ▮ | ▮ | ▮ | ▮ | ▮ |
| 01/12/17 | 01/12/17 | -25.00 | – | -57.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -82.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -107.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -132.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -157.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -182.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -207.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -232.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -257.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -282.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -307.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -332.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -357.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -382.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -407.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -432.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -457.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -482.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -507.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -532.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -557.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -582.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |

*Continues on next page*

| | Account No. | Statement Period | Page |
|---|---|---|---|
| | ███████ | 01/01/17 Thru 01/31/17 | 4 of 10 |

**CHECKING (ID 40) continued**

| Transaction Date | Posting Date | Withdrawal | Deposit | Balance | Transaction Description |
|---|---|---|---|---|---|
| 01/12/17 | 01/12/17 | -25.00 | – | -607.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -632.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -657.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -682.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -707.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -732.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -757.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |
| 01/12/17 | 01/12/17 | -25.00 | – | -782.33 | WITHDRAWAL NSF ITEM In the amount $100.00 PAYPAL |

[remainder of table redacted]

*Continues on next page*

| | Account No. | Statement Period | Page |
|---|---|---|---|
| | ███████ | 01/01/17 Thru 01/31/17 | 10 of 10 |

## CHECKING (ID 40) continued

### FEE SUMMARY

| Total NSF Fees Month to Date | Total NSF Fees Year to Date | Courtesy Pay Fees Month to Date | Courtesy Pay Fees Year to Date |
|---|---|---|---|
| ███ | ███ | ███ | ███ |

## USED VEHICLE LOAN (ID 01)

| Beginning Balance | Ending Balance | YTD Finance Charges | ANNUAL PERCENTAGE RATE | Daily Periodic Rate | Payment Due Date | Current Amount Due | Past Due Amount | Total Amount Due |
|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

| Transaction Date | Posting Date | Amount | Fees | Finance Charge | Principal | Balance | Transaction Description |
|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ | ███ | ███ | ███ | ███ |

### REPORTING INFORMATION FOR 2017:

Total Dividends Paid Year to Date:
Total Finance Charges Paid Year to Date*:
* Includes finance charges for all accounts except mortgage






**Federally insured by NCUA**