IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALICIA M. PAGE, CARMEL COOPER, and CINDY MUNIZ, individually, and on behalf of all others similarly situated<br><br>          *Plaintiffs*,<br><br>v.<br><br>ALLIANT CREDIT UNION, *and* DOES 1-100,<br><br>          *Defendants*. | Case No. 19-cv-05965<br><br>Hon. Sharon Johnson Coleman |

**DECLARATION OF CHARLES A. DEVORE IN SUPPORT OF
DEFENDANT'S REPLY IN FURTHER SUPPORT OF
ITS MOTION TO DISMISS ALL CLAIMS BROUGHT BY PLAINTIFF
ALICIA PAGE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 12(b)(6)**

I, Charles A. DeVore, declare and state as follows:

1.  I am an attorney licensed by the State of Illinois. I am counsel for Defendant Alliant Credit Union in the above-captioned case.

2.  Attached hereto as **Exhibit A** are true and correct copies of all unpublished cases cited in Alliant's reply in support of its motion to dismiss.

I declare under penalty of perjury that the foregoing is true and correct.


Date: February 27, 2019                                    /s/ Charles A. DeVore
                                                                                      Charles A. DeVore