IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALICIA M. PAGE, CARMEL COOPER, and CINDY MUNIZ, individually, and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>ALLIANT CREDIT UNION, *and* DOES 1-100,<br><br>*Defendants*. | Case No. 19-cv-05965<br><br>Hon. Sharon Johnson Coleman |

**DECLARATION OF CHARLES A. DEVORE IN SUPPORT
OF DEFENDANT ALLIANT CREDIT UNION'S OPPOSITION TO
PLAINTIFF ALICIA PAGE'S REQUEST FOR JUDICIAL NOTICE**

I, Charles A. DeVore, declare and state as follows:

1. I am an attorney licensed by the State of Illinois. I am counsel for Defendant Alliant Credit Union in the above-captioned case.

2. Attached hereto as **Exhibit A** are true and correct copies of all unpublished cases cited in Alliant's opposition to Plaintiff's request for judicial notice.

I declare under penalty of perjury that the foregoing is true and correct.


Date: February 27, 2019                         /s/ Charles A. DeVore
                                                 Charles A. DeVore


1