# EXHIBIT F



## What You Need to Know about Overdrafts and Overdraft Fees

Please be aware this notice, as required by regulation, is only a brief description of our <u>standard overdraft practices</u>. For more detailed information regarding our <u>standard overdraft practices</u>, please review the credit union's Overdraft Payment Policy Disclosure, which includes the Important Disclosure Regarding How Overdraft Fees Are Incurred In Relation To Your Account Balance.

An <u>overdraft</u> occurs when you do not have enough available money (i.e., less any holds) in your checking account to cover a transaction, but we pay it anyway. We can cover your overdrafts in two different ways:

1. We have <u>standard overdraft practices</u> that come with your checking account.
2. We also offer <u>overdraft protection plans</u>, such as a link to a savings account and an overdraft line of credit, which may be less expensive than our standard overdraft practices. To learn more, ask us about these plans.

### ➤ What are the <u>standard overdraft practices</u> that come with my checking account?

We <u>do</u> authorize and pay overdrafts for the following types of transactions:
- Checks and other transactions made using your checking account number
- Automatic bill payments

We <u>do not</u> authorize and pay overdrafts for the following types of transactions unless you ask us to (see below):
- ATM transactions
- Everyday debit card transactions also known as one-time debit card transactions

We pay overdrafts at our discretion, which means we <u>do not guarantee</u> that we will always authorize and pay any type of transaction.

If we <u>do not</u> authorize and pay an overdraft, your transaction will be declined.

### ➤ What fees will I be charged if Credit Union 1 pays my overdraft?

Under our standard overdraft practices:
- We will charge you a fee up to $32.00 each time we pay an overdraft.
- There is <u>no limit</u> on the total fees we can charge you for overdrawing your checking account.

### ➤ What if I want Credit Union 1 to authorize and pay overdrafts on my ATM and everyday debit card transactions?

If you also want us to authorize and pay overdrafts on ATM and everyday debit card transactions, call 1-800-252-6950, visit <u>www.creditunion1.org</u>, consent to the service through Home Banking, or complete the form below and present it at a branch, or fax to: (630) 506-5318, or mail it to the address below.

CREDIT UNION 1
450 E. 22nd STREET
SUITE 250
LOMBARD, IL 60148

◯ I <u>do not</u> want Credit Union 1 to authorize and pay overdrafts on my ATM and everyday debit card transactions.

◯ I want Credit Union 1 to authorize and pay overdrafts on my ATM and everyday debit card transactions.

Printed Name: _____ 16 Digit Debit Card #: _____

Signature: _____ Date: _____