UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| ALICIA M. PAGE, CARMEL COOPER, and CINDY MUNIZ, individually, and on behalf of all others similarly situated,<br><br>        Plaintiffs,<br><br>    vs.<br><br>ALLIANT CREDIT UNION, and DOES 1-100,<br><br>        Defendants. | Case No.: 1:19-cv-05965<br><br>Hon. Sharon Johnson Coleman |

**DECLARATION OF JEFFREY C. BILS
IN SUPPORT OF PLAINTIFF ALICIA M. PAGE'S
<u>MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT</u>**

I, Jeffrey C. Bils, declare and state as follows:

    1.    I am an attorney at law duly licensed to practice before all courts in the State of California. I am employed by The Kick Law Firm, APC, and counsel of record for Plaintiff Alicia M. Page in this action. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

    2.    On August 27, 2020, I conducted research using the Internet Archive Wayback Machine at https://archive.org/web/ to find past and present contracts, disclosures, fee schedules and related account documents for Defendant Alliant Credit Union. During this research, I found Alliant's Account Agreement and Disclosures dated August 2019. A true and correct copy of the Further Revised Contract that I found is attached as **<u>Exhibit A</u>**.

1

1 subject to appropriate social distancing measures.

2    6.    On October 6, 2020, I used the website https://www.google.com/maps/ to estimate the following driving times: The drive from Benton County to King County along I-82 and I-90 is approximately 185 miles and takes approximately three hours. The drive from Franklin County to Benton County along US-395 and I-182 is approximately 50 miles and takes approximately one hour. The drive from Franklin County to King County along I-90 would be less than 200 miles and take approximately three hours and 15 minutes.

I declare under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct. Executed on October 8, 2020 at Beverly Hills, California.

_____
Jeffrey C. Bils

DECLARATION OF JEFFREY C. BILS - Page 3
Laythe v GESA, KCSC NO. 20-2-12295-5

FRIEDMAN | RUBIN®
1109 FIRST AVENUE, SUITE 501
SEATTLE, WA 98101-3614
(206) 501-4446