IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALICIA M. PAGE, CARMEL COOPER, and CINDY MUNIZ, individually, and on behalf of all others similarly situated<br><br>*Plaintiffs*,<br><br>v.<br><br>ALLIANT CREDIT UNION, *and* DOES 1-100,<br><br>*Defendants*. | Case No. 19-cv-05965<br><br>Hon. Sharon Johnson Coleman |

**DECLARATION OF ERIC T. WERLINGER IN SUPPORT OF DEFENDANT'S MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

I, Eric T. Werlinger, declare and state as follows:

1. I am an attorney licensed by the State of Texas and the District of Columbia. I am counsel for Defendant Alliant Credit Union in the above-captioned case and am admitted *pro hac vice* in this District.

2. Attached hereto as **Exhibit A** are true and correct copies of all unpublished cases cited in Alliant's motion to dismiss Plaintiff's First Amended Complaint.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 9, 2020 /s/ Eric T. Werlinger
Eric T. Werlinger

1