IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALICIA M. PAGE, CARMEL COOPER, and CINDY MUNIZ, individually, and on behalf of all others similarly situated<br><br>        *Plaintiffs*,<br><br>v.<br><br>ALLIANT CREDIT UNION, *and* DOES 1-100,<br><br>        *Defendants*. | Case No. 19-cv-05965<br><br>Hon. Sharon Johnson Coleman |

**DECLARATION OF ERIC T. WERLINGER IN SUPPORT OF
DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION TO AMEND**

I, Eric T. Werlinger, declare and state as follows:

1. I am an attorney licensed by the State of Texas and the District of Columbia. I am counsel for Defendant Alliant Credit Union in the above-captioned case and am admitted *pro hac vice* in this District.

2. Attached hereto as **Exhibit A** are true and correct copies of all unpublished cases cited in Alliant's opposition to Plaintiff's motion to amend.

I declare under penalty of perjury that the foregoing is true and correct.

Date: November 9, 2020                                /s/ Eric T. Werlinger
                                                                                         Eric T. Werlinger