IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| ALICIA M. PAGE, individually and on behalf of all others similarly situated,<br><br>*Plaintiff*,<br><br>v.<br><br>ALLIANT CREDIT UNION, et. al,<br><br>*Defendants*. | Case No. 1: 19-cv-05965<br><br>The Honorable Judge Sharon Johnson Coleman |

**PLAINTIFF'S NOTICE OF APPEAL**

Notice is hereby given that Alicia M. Page, individually and on behalf of all others similarly situated, appeals to the United States Court of Appeals for the Seventh Circuit from this Court's judgment dismissing this case on April 29, 2021 (ECF No. 98); this Court's memorandum opinion and order of April 29, 2021 (ECF No. 97), which granted the defendant's motion to dismiss plaintiff's first amended complaint with prejudice; this Court's memorandum opinion and order of April 20, 2021 (ECF No. 96), which denied plaintiff's motion for leave to file a second amended complaint, or in the alternative, motion for reconsideration, and denied plaintiff's request for judicial notice as moot; and this Court's memorandum opinion and order of August 26, 2020 (ECF No. 69), granting defendant's motion to dismiss plaintiff's original complaint. Ms. Page is filing this notice of appeal less than 30 days after judgment was entered on April 29, 2021.

Respectfully submitted,

Dated: May 25, 2021

By: /s/ *Taras Kick*
The Kick Law Firm, APC
815 Moraga Drive
Los Angeles, CA 90049
(310) 395-2988

*Taras@kicklawfirm.com*

*Counsel for Plaintiff*

**CERTIFICATE OF SERVICE**

      I hereby certify that on May 25, 2021, I electronically filed this notice of appeal through this Court's CM/ECF system. I understand that notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

                                               */s/ Taras Kick*
                                               Taras Kick